# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| | ) |
| | ) Case No.: 15-cv-12765 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-15, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to the following Defendants identified in Plaintiff's Complaint: Does 1-5, 7-13 and 15.

DATED:  December 3, 2015

Respectfully submitted,

Cobbler Nevada, LLC

By:  s/Paul J. Nicoletti
Paul Nicoletti (P-44419)
NICOLETTI LAW, PLC
33717 Woodward Avenue, Ste. #433
Birmingham, MI 48009
Landline: (248) 203-7800
eFax: (248) 928-7051
Email:  pauljnicoletti@gmail.com
http://www.nicolettilawplc.com

ATTORNEY FOR PLAINTIFF